IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID LAMAR MILLS, | ) |
| Plaintiff, | ) |
| v. | ) CIV. ACT. NO. 1:18-cv-584-ECM |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

**OPINION and ORDER**

On July 11, 2019, the Magistrate Judge entered a Recommendation recommending that the decision of the Commissioner be affirmed. (Doc. 22). On July 25, 2019, the Plaintiff filed objections to the Recommendation. (Doc. 23).

The Court has carefully reviewed the Plaintiff's Objections, the Recommendation of the Magistrate Judge, and the administrative record. The Plaintiff's Objections largely mirror his brief, and reiterate his claims presented in his complaint. The Plaintiff does not point to any error committed by the Magistrate Judge. The Court finds that the well-reasoned Recommendation of the Magistrate Judge effectively addresses all of the Plaintiff's claims. Accordingly, upon an independent review of the file in this case and for good cause, it is

ORDERED as follows that:

1. the Plaintiff's objections are OVERRULED;

2. the Recommendation of the Magistrate Judge is ADOPTED;

3. the decision of the Commissioner is AFFIRMED; and

4. this case is DISMISSED with prejudice.

   DONE this 30th day of July, 2019.

                                         /s/ Emily C. Marks
                                 EMILY C. MARKS
                                 CHIEF UNITED STATES DISTRICT JUDGE